June 09, 2006

Mr. Craig Madison Patrick
Craddock Reneker & Davis, L.L.P.
3100 Monticello Avenue, Suite 550
Dallas, TX 75205-3442

Honorable Patrick Edward Sebesta
239th District Court
111 E. Locust Street
Angelton, TX 77515-4678
Mr. Douglas Vance Colvin
Law Offices of Wes Griggs
P.O. Box 517
West Columbia, TX 77486

RE: Case Number: 04-0490
 Court of Appeals Number: 01-02-00370-CV
 Trial Court Number: 15655*JG01

Style: IN RE PALM HARBOR HOMES, INC. AND PALM HARBOR HOMES I, L.P.
 D/B/A PALM HARBOR VILLAGE

Dear Counsel:

 Today the Supreme Court of Texas conditionally granted the petition
for writ of mandamus and delivered the enclosed opinions in the above-
referenced cause. The stay order issued November 19, 2004 is lifted.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Mr. Jerry Deere |